

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-17-00018-CV

**DDR DB STONE OAK, LP**,
Appellant/ Cross-Appellee

v.

**RECTOR PARTY CO.**, LLC, Don Lasseter and Joslyn Boberg,
Appellees/ Cross-Appellants

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01261
Honorable Larry Noll, Judge Presiding

# O R D E R

The clerk's record was originally due on February 13, 2017. On February 14, 2017, the trial court clerk filed a Notification of Late Record, stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than February 27, 2017** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court